# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

## JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

**Case No:** 3:26-cr-00124-1

**V.**

WALTER RAX-CAAL

Mary K. Harcombe
Richard Tennent
Defendant's Attorney

**THE DEFENDANT:**

[X] was found guilty after a plea of guilty.

Accordingly, the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Number(s) |
|---|---|---|---|
| 18USC§111(a)(1) | Simple assault of federal officer (Class A misdemeanor) | Nov. 16, 2025 | 1 |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the Court and shall be paid in full as directed by the separate order of restitution.

**Total: $0**

**PROBATION and OTHER SENTENCING CONDITIONS:** Sentence is time served. The defendant agrees to consent to removal from the United States upon completion of sentence, to waive all rights relating to any and all forms of relief from removal or exclusion, to abandon any pending applications for such relief, and to cooperate with the Department of Homeland Security during removal proceedings.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States District Court for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's S.S. #:

Defendant's D.O.B.: August 2000

Defendant's USM#: n/a

Defendant's Mailing/Residence Address:
n/a

**Date: July 22, 2026**

**July 1, 2026**
Date of Imposition Sentence

**Barbara D. Holmes, U.S. Magistrate Judge**
Name & Title of Judicial Official